**Copyrights-In-Suit for IP Address 69.246.228.66**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Welcome To The Jungle | PA0002078614 | 08/18/2017 | 08/30/2017 | 02/16/2018 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 01/24/2018 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 09/22/2017 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 09/07/2017 |
| The Artiste | PA0002020180 | 05/28/2016 | 06/27/2016 | 09/05/2016 |
| Good Morning Melissa | PA0002020175 | 06/04/2016 | 06/27/2016 | 09/03/2016 |
| Two Cocks In Karla | PA0001995336 | 02/24/2016 | 04/26/2016 | 05/14/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

NIL867