## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                            Plaintiff,

v.                                             Case No.: 1:18−cv−03034

                                                      Honorable John Z. Lee

John Doe, subscriber assigned IP address 69.246.228.66

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 10, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 7/10/18. Plaintiff's counsel report that an offer of settlement has been accepted. This case is dismissed without prejudice; the dismissal will become with prejudice in 30 days. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.