# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                    Plaintiff,

v.
                                Case No.:
                                1:18−cv−03034
                                Honorable John Z. Lee

John Doe, subscriber assigned IP address
69.246.228.66

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 23, 2018:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to Plaintiff's notice of voluntary dismissal, this case is dismissed with prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.